## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1491          Assigned/Issued By: J. N.

Judge Name: COAR              Designated Magistrate Judge: COLE

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350                    Receipt #: 2608772

Date Payment Rec'd: 3-12-08         Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                           ☐ Alias Summons
☐ Third Party Summons               ☐ Lis Pendens
☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                    _____
☐ Citation to Discover Assets       *(Victim, Against and $ Amount)*
☐ Writ _____                 ☐ Other
   *(Type of Writ)*                 _____
                                    *(Type of issuance)*

 2  Original and  0  copies on  3-12-08  as to  ALL DEFENDANTS
                               *(Date)*