**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
McKlein Company, LLC
v.
Monarch Designs, Inc. and
Monarch Luggage Co., Inc.

Case Number: 08 CV 1491

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Monarch Designs, Inc. and Monarch Luggage Co., Inc.

| | |
|---|---|
| NAME (Type or print) <br> Howard E. Silverman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Howard E. Silverman | |
| FIRM <br> GREENBERG TRAURIG, LLP | |
| STREET ADDRESS <br> 77 W. Wacker Dr., Suite 2500 | |
| CITY/STATE/ZIP <br> Chicago/IL/60035 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6188395 | TELEPHONE NUMBER <br> 312-456-5202 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |