IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | |
|---|---|
| MCKLEIN COMPANY, LLC<br><br>    Plaintiff,<br><br>v.<br><br>MONARCH DESIGNS, INC. and<br>MONARCH LUGGAGE CO., INC.<br><br>    Defendants. | **CASE NO. 08 CV 1491**<br><br>Judge David H. Coar<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF UNOPPOSED MOTION

TO:    Vladimir I. Arezina
         Patti, Hewitt & Arezina, LLC
         One N. LaSalle Street
         Suite 4400
         Chicago, IL 60602

    PLEASE TAKE NOTICE that on **Wednesday April 9, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar, or any Judge then sitting in his stead in Courtroom Number 1419 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

Dated:   April 3, 2008                      Respectfully submitted,

                                                    */s/ Howard E. Silverman*
                                                    One of the Attorneys for Defendants

Howard E. Silverman
Kevin O'Shea
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435

**CERTIFICATE OF SERVICE**

I, Howard E. Silverman, certify that on April 3, 2008, true and correct copies of this NOTICE OF UNOPPOSED MOTION and DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD were served on the following electronically through the Northern District of Illinois CM/ECF electronic filing.

>Vladimir I. Arezina
>Patti, Hewitt & Arezina, LLC
>One N. LaSalle Street
>Suite 4400
>Chicago, IL 60602

>*/s/ Howard E. Silverman*
>Howard E. Silverman
>One of the Attorneys for Defendants