UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

McKlein Company, LLC
                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−01491
                                                        Honorable David H. Coar

Monarch Designs, Inc., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

    MINUTE entry before Judge Honorable David H. Coar:MOTION by Defendants Monarch Designs, Inc., Monarch Luggage Co., Inc. for extension of time to file answer or otherwise plead [9] is granted. Defendant to answer or plead on or before 5/7/2008. Parties need not appear on the noticed motion date of 4/9/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.