## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

McKlein Company, LLC
                              Plaintiff,

v.                                                       Case No.: 1:08−cv−01491
                                                           Honorable David H. Coar

Monarch Designs, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion hearing held on 5/13/2008 regarding extension of time [12]. Motion by Defendants Monarch Designs, Inc., Monarch Luggage Co., Inc. for extension of time within which to answer or otherwise plead [12] is granted. Defendants to answer or plead on or before 6/9/2008. This is a final extension. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.