**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

McKlein Company, LLC
                                        Plaintiff,

v.                                                                Case No.: 1:08−cv−01491
                                                                       Honorable David H. Coar

Monarch Designs, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable David H. Coar: The date of 6/17/2008 for the conference is stricken and no one should appear on 6/17/2008.Rule 16(b) Scheduling Conference reset for 7/22/2008 at 09:00 AM.Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.