UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

McKlein Company, LLC
                                                Plaintiff,

v.                                                                   Case No.: 1:08−cv−01491
                                                                             Honorable David H. Coar

Monarch Designs, Inc., et al.
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

        MINUTE entry before the Honorable David H. Coar: Rule 16(b) Scheduling Conference held on 7/22/2008. All disclosures required by Rule 26(a)(1) shall be made on or before 6/23/2008. Any amendments to pleadings or actions to join other parties shall be filed on or before 8/22/2008. The patent holder shall disclose asserted claims and infringement contentions by 10/20/2008. The accused infringer shall disclose any invalidity contentions by 11/23/2008. Both parties shall exchange their respective versions of proposed terms and claim elements for construction in the form of jury instructions by 12/8/2008. Both parties shall disclose any extrinsic evidence in support of their respective claim constructions by 12/22/2008 including dictionary definitions. Any modification to the proposed terms and claim elements for constructions shall be filed by 1/2/2009. All parties shall file their memoranda in support of their respective versions of claim construction along with any exhibits to be offered during the Markman hearing and a list of witnesses who will be called to testify at the hearing by 2/2/2009. Markman Hearing set for 2/26/2009 at 10:00 a.m. Discovery is ordered closed on 4/10/2009. The parties shall disclose any other expert testimony pursuant to Rule 26(a)(2) on or before 6/29//2009. The parties may depose the other side' s expert at any time prior to 7/27/2009. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 7/27/2009. The parties may depose the opposing party's rebuttal expert by 8/10/2009. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). All discovery disputes and all discovery motions are referred to the Magistrate Judge. Dispositive motions with supporting memoranda due by 5/25/2009 (all motions are to be in accordance to and noticed for a date certain pursuant to Local Rule 5.3(b)). Final Pretrial Order due by 9/15/2009. Final Pretrial Conference set for 9/25/2009 at 10:30 AM. Jury Trial set for 10/5/2009 at 10:00 AM. The parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.