**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

McKlein Company, LLC

                Plaintiff,

v.	Case No.: 1:08−cv−01491
	Honorable David H. Coar

Monarch Designs, Inc., et al.

                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: all discovery motions and all discovery disputes.(pm, )Mailed notice.

Dated: July 22, 2008

                                                   /s/ David H. Coar

                                              United States District Judge