IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | |
|---|---|
| MCKLEIN COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>MONARCH DESIGNS, INC. and<br>MONARCH LUGGAGE CO., INC.<br><br>Defendants. | CASE NO. 08 CV 1491<br><br>Judge David H. Coar<br><br>Magistrate Judge Jeffrey Cole |

NOTICE OF MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR DEFENDANTS

TO:   Vladimir I. Arezina
      Patti, Hewitt & Arezina, LLC
      One N. LaSalle Street
      Suite 4400
      Chicago, IL 60602

PLEASE TAKE NOTICE that on **Tuesday August 26, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar, or any Judge then sitting in his stead in Courtroom Number 1419 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS**, a copy of which is attached hereto and herewith served upon you.

Dated:   August 21, 2008                    Respectfully submitted,

                                            */s/ Howard E. Silverman*
                                            One of the Attorneys for Defendants

Howard E. Silverman
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435

## CERTIFICATE OF SERVICE

I, Howard E. Silverman, certify that on August 21, 2008, true and correct copies of this NOTICE OF MOTION and MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS were served on the following electronically through the Northern District of Illinois CM/ECF electronic filing.

>Vladimir I. Arezina
>Patti, Hewitt & Arezina, LLC
>One N. LaSalle Street
>Suite 4400
>Chicago, IL 60602

*/s/ Howard E. Silverman*
Howard E. Silverman
One of the Attorneys for Defendants